PS-8
8/88

# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Brittany Monique Williams**                         **Docket No. 5:11-CR-75-2BO**

**Sealed Petition for Action on Conditions of Pretrial Release**

     COMES NOW Jeffrey L. Keller, probation officer of the court, presenting an official report upon the conduct of defendant, Brittany Monique Williams, who was placed under pretrial release supervision by the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the Court at Raleigh, North Carolina, on the 1st day of September, 2011, under the following conditions:

- The defendant is placed in the custody of Robert J. Williams

- Report to the probation office or supervising officer as directed.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: co-defendant

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

**Brittany Monique Williams**
**Docket No. 5:11-CR-75-2BO**
**Petition For Action**
**Page 2**

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs. You are restricted to your residence as directed by the supervising officer.

- In addition to the written conditions of release outlined on the Order Setting Conditions of Release (AO 199B), the court issued an Oral Order directing the defendant and her attorney to provide documentation from her medical provider clarifying the specific date when she was informed of her pregnancy.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The medical information required by the court which is relevant to a significant factor in the release decision has not been presented to the judicial official as directed.

**PRAYING THAT THE COURT WILL ORDER** that a warrant for arrest be issued and a hearing scheduled to determine if the defendant's bond should be revoked.

/s/Jeffrey L. Keller
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601
Phone: 919-861-8696
Executed On: September 2, 2011

**ORDER OF COURT**

Considered and ordered this  2nd  day of  September , 2011, and ordered filed and made a part of the records in the above case.

William A. Webb
U.S. Magistrate Judge