IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-75-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRITTANY MONIQUE WILLIAMS | ) | |
| | ) | |

This matter is before the Court on the United States' Motion to Reassign the above-captioned case [DE 50]. Defendant Brittany Monique Williams responded on December 13, 2011 [DE 51] and the matter is ripe for adjudication. Because the United States' Motion is untimely and substantial duplication of labor would not be avoided by reassignment pursuant to Local Rule 50.1, the Motion is hereby DENIED. Defendant's Motion to Sever [DE 51] is therefore DISMISSED as MOOT.

SO ORDERED, this the _16_ day of December, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE